UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

KRISTIN KAYLA RALL,

        Plaintiff,

v.                                Case No: 6:21-cv-146-GKS-LRH

COMMISSIONER OF SOCIAL
SECURITY,

        Defendant.

# ORDER

THIS CAUSE comes before the Court upon Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. No. 22) (Motion). Defendant's Motion specifies that upon

> remand, the Administrative Law Judge will obtain supplemental vocational evidence, resolve any inconsistencies between the vocational evidence and the Dictionary of Occupational Titles as outlined in Social Security Ruling 00-4p. The Administrative Law Judge will update the administrative record, offer Plaintiff the opportunity for a hearing, and issue a new decision.

(Doc. 22:1). The Court referred the Motion to the United States Magistrate Judge for a report and recommendation (Report and Recommendation).

On October 26, 2021, the United States Magistrate Judge issued a Report and

Recommendation (Doc. 23), recommending that Defendant's Motion be granted, and the Commissioner's decision be reversed and remanded.

After review and consideration of the Report and Recommendation, it is hereby **ORDERED** and **ADJUDGED** as follows:

1. United States Magistrate Judge Leslie R. Hoffman's Report and Recommendation (Doc. 23) is **APPROVED and ADOPTED** and is made part of this Order for all purposes, including appellate review.

2. Defendant's Unopposed Motion for Entry of Judgment with Remand (Doc. 22) is **GRANTED**.

3. The Commissioner's final decision is **REVERSED,** and the action is **REMANDED** to the Commissioner for further proceedings pursuant to sentence four of 42 U.S.C. § 405(g) for the reason stated by the Commissioner.

4. The Clerk of Court is **DIRECTED** to enter Judgment in favor of Plaintiff, Kristin Kayla Rall, and against Defendant Commissioner, and **CLOSE** this case.

**DONE AND ORDERED** at Orlando, Florida, this 4 day of November, 2021.

G. KENDALL SHARP
SENIOR UNITED STATES DISTRICT JUDGE

Copies to:
Counsel of Record
Unrepresented Parties